# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ERNEST McWILLIAMS,**

                **Plaintiff,**

vs.                                             9:12-cv-0747 (MAD/CFH)

**RYAN SIMMONS**, Corrections Officer, Upstate Correctional Facility; **NATHAN LIPKA**, Corrections Officer, Upstate Correctional Facility, **R. BILOW**, Corrections Officer, Upstate Correctional Facility; **BRADLEY CARR**, Corrections Officer, Upstate Correctional Facility; **K. ELSWORTH**, Corrections Officer, Upstate Correctional Facility; **PATRICIA WILLIAMS**, Corrections Officer, Upstate Correctional Facility; **ERIC MARSHALL**, Corrections Officer, Upstate Correctional Facility; **DAVID ROCK**, Superintendent, Upstate Correctional Facility; **BRIAN FISCHER**, Commissioner of DOCCS; **R.N.D. MAAS**; **R.N.M. TRAVERS**; **R.N. LELAND MARLOW**; **D. UHLER**, Deputy Superintendent of Security,

                **Defendants.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, that Magistrate Judge Hummel's May 14, 2014 Report-Recommendation and Order is **ADOPTED** in its entirety for the reasons stated therein; and the Court further **ORDERS** that Defendants' motion for summary judgment is **GRANTED in its entirety**; and the Court further **ORDERS** that Plaintiff's amended complaint is **DISMISSED**; and the Court further **ORDERS** that judgment is entered in Defendants' favor and this case is close, in accordance with the Order of the Honorable Judge Mae A. D'Agostino [Dkt. No. 103] , dated the 24th day of June 2014.

DATED: June 24, 2014

*Lawrence K. Baerman*
Clerk of Court

s/ B. Norton
Britney Norton
Deputy Clerk